UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONAL ROOFERS UNION AND EMPLOYERS JOINT HEALTH AND WELFARE FUND, ET AL. | CIVIL ACTION |
| VERSUS | |
| PELLERIN & WALLACE, INC. | NO.: 17-00583-BAJ-RLB |

### SIXTY-DAY ORDER OF DISMISSAL

**IT IS ORDERED** that the **Joint Motion for Entry of Sixty Day Dismissal (Doc. 18)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, without prejudice to the parties' rights to, within **SIXTY DAYS** and upon good cause shown, re-open this matter if the settlement is not consummated.

Baton Rouge, Louisiana, this 23rd day of March, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA